Opinion issued July 25, 2002







 


 


 


In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00581-CR

____________


DANTE MAURICE GRANT, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 902162






MEMORANDUM OPINION

 Appellant, Dante Maurice Grant, was charged with aggravated robbery, and
entered into a plea bargain agreement with the State in which the State recommended
that the charge be reduced to robbery with a sentence of six years confinement. 
Appellant signed a written waiver of his right to appeal, if the trial court accepted the
plea bargain agreement. 

 Appellant pleaded guilty, and the trial court followed the plea bargain
agreement in assessing punishment. Despite having waived the right to appeal,
appellant filed a pro se notice of appeal. We hold the appeal must be dismissed. 
Appellant's notice of appeal states that the appeal is for a jurisdictional defect. 
However, it is apparent from the record that the trial court had jurisdiction, and the
record before us supports the presumption that the plea was voluntary. Therefore,
appellant's waiver of the right to appeal was effective. See Buck v. State, 45 S.W.3d
275, 278 (Tex. App.--Houston [1st Dist.] 2001, no pet.); see also Blanco v. State, 18
S.W.3d 218, 219-20 (Tex. Crim. App. 2000); Bushnell v. State, 975 S.W.2d 641, 642-44 (Tex. App.--Houston [14th Dist.] 1998, pet. ref'd); Littleton v. State, 33 S.W.3d
41 (Tex. App.--Texarkana 2000, pet. ref'd).

 Accordingly, we order the appeal dismissed.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Alcala.


Do not publish. Tex. R. App. P. 47.